JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESEDA MEDICAL CLINIC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE, <br><br> Defendant. | Case No. CV 17-3686-GW(MRWx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Settlement filed on September 20, 2017 [19], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 22, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE